UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANTOINETTE R HURTT<br>　　　　Plaintiff,<br><br>v.<br><br>THE TOWN OF HOPE MILLS, MELISSA P. ADAMS, in her individual capacity, JOEL C. ACCIARDO, in his individual capacity, and BRADLEY DEAN, in his individual capacity<br>　　　　Defendants | **JUDGMENT**<br>No. 5:21-CV-348-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 27, 2023 and for the reasons set forth more specifically therein, it is ordered that defendants' motion for summary judgment is GRANTED.

**This judgment Filed and Entered on September 27, 2023, and Copies To:**
Thomas M. Van Camp (via CM/ECF Notice of Electronic Filing)
Katie Weaver Hartzog / Marian Burroughs (via CM/ECF Notice of Electronic Filing)

September 27, 2023　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　/s/ Sandra K. Collins
　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk