FILED: February 23, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2077
(5:21-cv-00348-FL)

_____

ANTOINETTE R. HURTT

    Plaintiff - Appellant

v.

THE TOWN OF HOPE MILLS; MELISSA P. ADAMS, in her individual capacity; JOEL C. ACCIARDO, in his individual capacity; BRADLEY DEAN, in his individual capacity

    Defendants - Appellees

_____

RULE 42(b) MANDATE
_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*